**ORDR**
LIESL FREEDMAN
General Counsel
Nevada Bar No. 5309
MATTHEW J. CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
Tel: (702) 828-4970
Fax: (702) 828-4973
Email: m16091c@lvmpd.com
*Attorneys for Plaintiff*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>vs.<br><br>EUGENE LEE<br><br>                   Defendant. | Case No.      2:18-mj-00461-GWF |

## ORDER TO SERVE FEDERAL INMATE
## EUGENE LEE IN THE DISTRICT OF HAWAII

Pursuant to Las Vegas Metropolitan Police Department's Motion for an Order to Serve Eugene Lee in Federal Custody in the District of Hawaii,

**IT IS HEREBY ORDERED** that the United States Marshall's Service personally serve Federal Inmate EUGENE LEE, Federal Inmate #15891-022, who is presently housed at the

///
///
///
///
///
///

1

OFFICE OF GENERAL COUNSEL
Las Vegas Metropolitan Police Department
400 S. Martin L. King Blvd.
Las Vegas, Nevada 89106
(702) 828-3310

Case No. 2:18-mj-00461-GWF
Order to Serve Federal
Inmate Eugene Lee in
the District of Hawaii

Federal Detention Center Honolulu with a copy of the Civil Summons and Complaint for Forfeiture pertaining to Nevada District Court, Clark County, Nevada Case No. A-18-779541-C.

DATED this 23rd day of __ October _____, 2018.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ Matthew J. Christian*
MATTHEW J. CHRISTIAN
Assistant General Counsel
Nevada Bar No. 8024
Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

LVMPD REF EV#180427-1788/ja