UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br>EUGENE LEE,<br><br>                  Defendant. | Case No. 2:18-mj-00461-GWF<br><br>**ORDER** |

On October 23, 2018, the Court granted the Las Vegas Metropolitan Police Department's ("LVMPD") Motion for an Order to Serve Federal Inmate Eugene Lee in the District of Hawaii. *Order*, (ECF No. 11). Upon review, the Court was not provided a copy of the Civil Summons and Complaint for Forfeiture filed in Nevada District Court, Clark County, Nevada Case No. A-18-779541-C. Accordingly,

**IT IS HEREBY ORDERED** that Counsel for the LVMPD shall provide a file stamped copy of the Civil Summons and Complaint to the United States Marshals Office to be issued to Federal Inmate Eugene Lee, Federal Inmate #15891-022, who is presently housed at the Federal Detention Center Honolulu.

Dated this 23rd day of October, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE